DEFENDANT: EDGAR JOSE TORREALBA

AGE/YOB: 1989

OFFENSES:

    COUNT 1:    Alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5)

LOCATION OF OFFENSE
(County and State):     JEFFERSON COUNTY, COLORADO

PENALTY:

    COUNT 1:    NMT 15 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment.

AGENT/DEPUTY:     Christopher Brito, FBI TASK FORCE OFFICER

AUTHORIZED BY:     Assistant United States Attorney Garreth Winstead

ESTIMATED TIME OF TRIAL:

____ five days or less  ____ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.